```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,       )
ex rel. ROBERT J. DYER,         )
                                )
        Plaintiff,              )   CIVIL ACTION NO.
                                )   08-10341-DPW
v.                              )
                                )
RAYTHEON COMPANY,               )
                                )
        Defendant.              )
                                )
```

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's ruling on May 18, 2010, made in open court and reflected in the stenographer's notes, granting the Defendants' Motion to Dismiss (Dkt. 21), Memorandum and Order dated July 29, 2011, granting in part and denying in part the Defendant's Motion to Dismiss (Dkt. 37), and Memorandum and Order dated September 23, 2013, granting the Defendant's Motion for Summary Judgment (Dkt. 128), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

                                    BY THE COURT,

                                    /s/ Jarrett Lovett
                                    Deputy Clerk

DATED: September 23, 2013